**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Sammie Gerrick, Appellant.

Appellate Case No. 2023-002012

———————

Appeal From Barnwell County
Courtney Clyburn Pope, Circuit Court Judge

———————

Unpublished Opinion No. 2026-UP-220
Submitted April 1, 2026 – Filed May 13, 2026

———————

**APPEAL DISMISSED**

———————

Senior Appellate Defender Lara Mary Caudy, of
Columbia, and Sammie Gerrick, pro se, both for
Appellant.

Attorney General Alan McCrory Wilson and Senior
Assistant Deputy Attorney General Melody Jane Brown,
both of Columbia, for Respondent.

———————

**PER CURIAM:**  Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**GEATHERS, HEWITT, and CURTIS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.